UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-00216-JCM-PAL<br><br>ORDER |

This matter has been referred to the inmate mediation program and is currently scheduled for an Inmate Early Mediation Conference ("IEMC") on January 15, 2016, at 1:00 p.m. before Mediator Elissa Lavelle. Mr. Tagle has multiple conditions of confinement lawsuits pending before this court. In the interests of conserving resources of the court and the parties, the court has determined that a global status and/or settlement conference will be beneficial in all of his cases. Accordingly,

**IT IS ORDERED** that:

1. The IEMC currently scheduled for January 15, 2016, at 1:00 p.m. before Mediator Elissa Lavelle, is **VACATED.**
2. This matter is referred to Magistrate Judge Valerie P. Cooke for further proceedings.

DATED this 7th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1