# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTOR TAGLE, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:15-cv-00216-JCM-PAL |
| STATE OF NEVADA, | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

**I.   DISCUSSION**

On June 1, 2015, this court entered a screening order and directed plaintiff to file an amended complaint within 30 days from the date of that order. (ECF No. 3 at 9). The order stated that, if plaintiff failed to file an amended complaint, the case would proceed on the excessive force and due process claims only. (*Id.* at 10). The order also granted plaintiff's motion to extend his copy work limit by another $5.00. (*Id.*).

On June 24, 2015, plaintiff filed a motion to enforce the court's order to extend plaintiff's copy work limit. (ECF No. 5). Based on the motion, it appears that prison officials refused to honor the extension. (*Id.* at 3).

The court denies this motion at this time. The court directs plaintiff to raise this issue in his upcoming mediation with the court and prison officials scheduled for March 4, 2016. (ECF No. 35).

Additionally, the court denies plaintiff's motion for records/court case documents. (ECF No. 30). Plaintiff may also raise this issue during his scheduled mediation.

///

///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to enforce court's order (ECF No. 5) is denied.

IT IS FURTHER ORDERED that the motion for records/court case documents (ECF No. 30) is denied.

DATED: February 8, 2016.

_____
United States District Judge

2