UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:15-cv-00216-JCM-PAL

**ORDER**

## I. DISCUSSION

Defendants filed a motion to extend the stay until 14 days after the yet-to-be-scheduled non-global mediation conference. (ECF No. 44 at 2). The Court grants Defendants' motion to extend the stay. The mediation has now been scheduled for Friday, April 8, 2016. (ECF No. 46). The stay is extended through Friday, April 22, 2016. Defendants shall file their updated status report on or before Friday, April 22, 2016.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to extend stay (ECF No. 44) is granted. The stay is extended until Friday, April 22, 2016. Defendants shall file their updated status report on or before Friday, April 22, 2016.

DATED: This 16th day of March, 2016.

_____
United States Magistrate Judge